IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:20-CV-00669-M

DARRYL C. HARRIS,

    Plaintiff,

v.

PIEDMONT FINANCE CNAC,

    Defendant.

**ORDER**

Before the court are Plaintiff's Motion to Seal DE 19-1 [DE 20] and Motion to Submit Redacted Copy [DE 21]. Defendant filed no response to the motions; thus, the court will construe them as unopposed.[1] Although not expressly explained by the Plaintiff, the document he filed at DE 19-1 contains personal, confidential information. Accordingly, pursuant to Local Civil Rule 79.2, the motions are GRANTED. The Clerk of the Court is directed to maintain under seal the document located at DE 19-1. The court accepts as filed at DE 21-1 a redacted copy of the document at 19-1.

SO ORDERED this 23d day of March, 2021.

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE

---

[1] Plaintiff is reminded that the court requires "[a]*ll* motions must show prior consultation with opposing counsel and the views of opposing counsel." REM Prac. Prefs. and Procs. I.A. If Plaintiff fails in the future to include in a motion both his effort(s) to consult with defense counsel about his requested relief and defense counsel's statement on whether Defendant opposes the request, the court may strike or deny the motion.